# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MARIETTE WEDYKE, et al,**  CIVIL ACTION NO. 06-14874

              Plaintiff,

vs.  **HONORABLE DAVID M. LAWSON**

**MAGISTRATE JUDGE MONA K. MAJZOUB**

**JOHN E. POTTER, et al,**

              Defendants. /

## ORDER FOR SUBMISSION AND DETERMINATION OF MOTION WITHOUT ORAL HEARING

    A **Motion for Summary Judgment** was filed on December 12, 2007, 2006. The motion was filed by the Defendant John E. Potter in the above-entitled cause.

    A Response, including a written brief, is to be filed on or before **January 22, 2008.**

    If the motion is one for discovery under Fed. R. Civ. P. 37 and no response is filed, the right to a hearing under Fed. R. Civ. P. 37(a)(4) shall be deemed waived, and the Court may award expenses reasonably incurred in bringing the motion without further inquiry.

    Inquiries may be directed to the deputy clerk **at 313-234-5206**.


Dated: January 04, 2008              s/Mona K. Majzoub
                                            MONA K. MAJZOUB
                                            UNTIED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

    I hereby certify a copy of this Order was served upon Mariette Wedyke and Counsel of Record on this date.

Dated: January 04, 2008              s/ Lisa C. Bartlett
                                            Courtroom Deputy